filed in open court 7/2/04

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

04/1809 CBS. DISTRICT OF Massachusetts

## APPEARANCE

Case Number: 04/1809.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for James Gardner

I certify that I am admitted to practice in this court.

6/30/04
Date

Signature

Ted Beauparlant
Print Name Bar Number

166 Kenoza Ave.
Address

Haverhill, MA 01830
City State Zip Code

978-521-4927
Phone Number Fax Number